UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:06-CR-17 |
| v. ) | |
| ) | Judge Curtis L. Collier |
| GREGORY PATTERSON ) | |

## **O R D E R**

On June 1, 2006, Magistrate Judge Susan K. Lee filed a report and recommendation recommending (a) the Court accept Defendant Gregory Patterson's ("Defendant") plea of guilty to Count One and Count Three of the Indictment; (b) the Court adjudicate Defendant guilty of the charges set forth in Count One and Count Three of the Indictment; (c) a decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant remain in custody until sentencing in this matter (Court File No. 25). Neither party filed an objection within the given ten days. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 25) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's plea of guilty to Count One and Count Three of the Indictment is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One and Count Three of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter.

**SO ORDERED.**

**ENTER:**

                                **/s/**
                                **CURTIS L. COLLIER**
                                **CHIEF UNITED STATES DISTRICT JUDGE**